IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JOHNNY PHAM, ANH THUY VO, and KIM VAN BUI *As Next Friend of SKB and BDB, Minors*,<br><br>Plaintiffs,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:19-CV-0738-C |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that Plaintiffs' Agreed Motion Seeking Court Approval of Settlement should be granted, the Parties' Settlement Agreement should be approved, and this civil action should be dismissed with prejudice.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that Plaintiffs' Agreed Motion Seeking Court Approval of Settlement be **GRANTED**, the Parties' Settlement Agreement is **APPROVED**, and this civil action is **DISMISSED** with prejudice

SO ORDERED.

Dated June 6, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE